UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 17, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAMISON STARR, )<br>)<br>Defendant. ) | Case No. MAG. 05-0304-PAN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMISON STARR, Case No. <u>MAG. 05-0304-PAN</u>, Charge, Manufacture of 100 or more marijuana plants, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

✓ Unsecured Appearance Bond ( $150,000.00 )

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety - Within 30 days

___ Corporate Surety Bail Bond

✓ (Other)     <u>Special Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 17, 2005</u> at <u>2:30 p.m.</u>

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge